Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aluminum rods similar in all material respects to those the subject of *Mohawk Iron & Steel Co.* v. *United States* (30 Cust. Ct. 274, C. D. 1533), the claim of the plaintiffs was sustained.

**No. 57847.**—Kurt Orban Co., Inc., and The Danwill Company *v.* United States, protest 209141–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aluminum rods similar in all material respects to those the subject of *Mohawk Iron & Steel Co.* v. *United States* (30 Cust. Ct. 274, C. D. 1533), the claim of the plaintiffs was sustained.

**No. 57848.**—Van Waters & Rogers, Inc., et al. *v.* United States, protests 136926–K/12967, etc. (New Orleans).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiffs was sustained.

**No. 57849.**—Van Waters & Rogers, Inc. *v.* United States, protests 148401–K/13011, 148402–K/13018, and 148403–K/13027 (New Orleans).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 57850.**—C. J. Tower & Sons *v.* United States, protests 179862–K, etc. (Buffalo).